Alfred Rennert et al., appellees, v. Irving Friedman, appellant. Gen. No. 28,212.

Action for possession of premises held under lease from plaintiffs' grantor with option of renewal. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Joel C. Fitch, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1922. Affirmed. Opinion filed April 24, 1923.

Max C. Liss and N. A. Lawrence, for appellant.  H. J. Rosenberg, for appellees; Marvin E. Barnhart, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.